| | |
|---|---|
| **Fill in this information to identify the case:** | |
| Debtor 1 | Cynthia Mohn |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Northern District of Illinois (State) |
| Case number | 20-03080 |

Official Form 410S1

# Notice of Mortgage Payment Change 12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1

**Name of Creditor:** MTGLQ Investors, LP

**Court claim no.** (if known): 12-1

**Last 4 digits** of any number you use to Identify the debtor's account: 0085

**Date of payment change:**
Must be at least 21 days after date of this notice: 07/01/2021

**New total payment:**
Principal, interest, and escrow, if any: $ 1,504.40

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   - ❏ No
   - ❏ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   **Current escrow payment:** $ ____     **New escrow payment:** $ ____

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**
   - ❏ No
   - ☒ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   **Current interest rate:** 2.00 %          **New interest rate:** 3.00 %
   **Current principal and interest payment:** $641.09     **New principal and interest payment:** $744.79

### Part 3: Mortgage Payment Adjustment

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   - ☒ No
   - ❏ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
     (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____
   **Current mortgage payment:** $ _____      **New mortgage payment:** $ _____

| Debtor 1 | Cynthia Mohn | Case number (if known) | 20-03080 |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box:*

❑  I am the creditor.

☒  I am the creditor's attorney or authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

| /s/ Nisha B. Parikh | Date | 05/14/2021 |
|---|---|---|
| Signature | | |

| Print | Nisha | B. | Parikh | Title | Attorney for Creditor |
|---|---|---|---|---|---|
| | First name | Middle name | Last name | | |

Company    Diaz Anselmo & Associates LLC
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address    1771 West Diehl Road, Suite 120
Number    Street
Naperville                    IL        60563
City                          State     ZIP Code

Contact Phone  (630) 453-6960         Email    ILBankruptcy@dallegal.com

Official Form 410S1    **Notice of Mortgage Payment Change**    page 2

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: | CASE NO. 20-03080 |
| Cynthia Mohn | CHAPTER 13 |
| Debtor(s). | JUDGE Janet S Baer |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 14, 2021, a true and correct copy of the foregoing "NOTICE OF MORTGAGE PAYMENT CHANGE" was served:

Via the Court's ECF system on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

    Dustin B Allen, Debtor's Counsel

    Glenn B Stearns, Trustee

    Patrick S Layng, U.S. Trustee

And by regular US Mail, postage pre-paid on:

    Cynthia Mohn, 209 Longridge Ct., Naperville, IL 60565

                                           /s/Mariah Moore

Diaz Anselmo & Associates LLC
1771 W. Diehl Rd., Ste. 120
Naperville, IL 60563-4947
630-453-6960 | 866-402-8661 | 630-428-4620 (fax)
ILbankruptcy@dallegal.com
Firm File Number: B20020054